UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.I.P.P. ROYAL OAK, LLC,

       Plaintiff,

                                     Civil No. 05-71320
                                     Hon. John Feikens

       v.

CITY OF ROYAL OAK,

       Defendant.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE

In this Court's order of January 11, 2007 (Docket No. 50), I granted Plaintiff three weeks to remedy a defect in its standing by filing an amended complaint with proof that it was the current owner of the right to bring suit against Defendant. I orally granted Plaintiff a further extension until February 5, 2007, due to personal circumstances in Plaintiff's counsel's family. On February 5 an amended complaint was filed indicating that proof of ownership was attached, but in truth such proof was not attached. Plaintiff's counsel instead attached a document indicating that it had filed such proof under seal pursuant to a protective order. No permission to file a document under seal was granted, and no protective order has been entered by this Court in this case. In addition, this Court received no filing from Plaintiff, under seal or not, of proof of ownership.

Because Plaintiff has failed to comply with the requirements of this Court's order of January 11, this case is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Date:   February 7, 2007                          s/John Feikens
                                        United States District Judge

| Proof of Service |
| --- |
| I hereby certify that the foregoing order was served on the attorneys/parties of record on February 7, 2007, by U.S. first class mail or electronic means. |
| s/Carol Cohron |
| Case Manager |